MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor:   Lenore A. Clapham
Chapter 7 Case No.  09-46028

Please Check One:
__ Unclaimed Dividends

X  Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| NCO Portfolio Mngmt<br>Becket and Lee<br>POB 3001<br>Malvern, PA  19355-0701 | 3 | $596.15 | $4.14 |
|  |  |  |  |

DATE: April 27, 2010

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

356179