MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

# 191271
8-4-10
RCE

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor: Lenore Agnes Clapham
Chapter 7 Case No. 09-46028

Please Check One:

X   Unclaimed Dividends

_   Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| U. S. Dept of Education<br>Direct Loan Servicing<br>P O Box 5609<br>Greenville,<br>TX 75403-5609 | 2 | $79,129.99 | $549.40 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DATE: August 3, 2010

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN 55402
(612) 332-1030

356179



RECEIVED 10 AUG -4 AM 9:40 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN